JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
City: Madison
County/Parrish: Dane County

**Related Case Information:** 15 CR 129 WMC
Superseding Docket Number: _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20 / R40 from District of _____

**Defendant information:**
Matter to be Sealed: Yes ___ No ✓
Def. Name: Brad R. Volkmann
Alias Name:
City/State: Pewaukee, WI
Year of Birth: 1959
Last 4 digits of SSN: 9950
Sex: Male
Race: White

*[Stamp: PETER OPPENEER, CLERK U.S. DIST COURT, WD OF WI, 2015 OCT 21 AM 8:03, DOC NO REC'D/FILED]*

**U.S. Attorney Information:**
FAUSA: Stephen P. Sinnott
Bar #:
Interperter: ✓ No ___ Yes
List language and/or dialect:

**Location Status:**
Arrest Date: _____
___ Already in Federal Custody as of: _____ in _____
___ Already in State Custody
___ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 1    ___ Petty    ___ Misdemeanor    ✓ Felony
                                      ___ Class A
                                      ___ Class B
                                      ___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC 1343 | Wire Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: 10/20/15     Signature of FAUSA /s/ Stephen P. Sinnott