AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>Brad R. Volkmann<br>_____<br>*Defendant* | )<br>)<br>)<br>) Case No. 15-cr-129-wmc<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☑ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | United States District Court<br>Western District of Wisconsin<br>120 North Henry Street<br>Madison, Wisconsin 53703 | Courtroom No.: 250 |
|---|---|---|
| | | Date and Time: 11/09/2015 1:00 pm |

This offense is briefly described as follows:
Wire Fraud

Date: 10/22/2015

*Issuing officer's signature*

K. Frederickson, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*