# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 11/9/2015     DAY: Monday     START TIME: 1:02pm     END TIME: 1:45pm
JUDGE/MAG.: WMC     CLERK: JAT     REPORTER: LS
PROBATION OFFICER: R. D'Amico     INTERPRETER: _____     SWORN: YES ☐ NO ☐
CASE NUMBER: 15-cr-129-wmc-1     CASE NAME: USA v. Brad R. Volkmann

**APPEARANCES:**
ASST. U.S. ATTY.: Stephen Sinnott     DEFENDANT ATTY.: Jonathan LaVoy

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) 1 ; 20 YR(S) IMPRISONMENT; $250,000 FINE;
3 YEAR(S) SUPERVISED RELEASE; $100 SPECIAL ASSESSMENT; ☒ RESTITUTION.
DEFENDANT AGE: 56     ☐ INDICTMENT/INFORMATION READ     ☒ DEFENDANT WAIVES READING

**PLEA:**
- ☒ GUILTY
- ☐ NOT GUILTY
- ☐ NO CONTEST
- ☐ MUTE

- ☒ DEFENDANT SWORN
- ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
- ☒ DEFT. ADJUDGED GUILTY BY COURT

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: _____     TRIAL ESTIMATE: _____ DAYS
PTMH/EVID. HRG.: _____     MOTIONS DUE: _____
FPTC: _____     FPTC SUBMISSIONS: _____
FINAL HEARING: _____

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: 12/21/2015     OBJECTIONS DUE: 1/4/2016
SENTENCING: 1/26/2016 at 2:00pm

**RELEASE/DETENTION:**
- ☒ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
- ☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
- ☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: _____

**NOTES:**
Government's Brief in support of restitution amount due 12/4/2015.
Defendant's Response due 12/21/2015.
No Reply without leave of Court.

TOTAL COURT TIME: 43 min