

December 2, 2015

Honorable William M. Conley
U.S. District Court- Western District of Wisconsin
120 N. Henry St.
Madison, WI 53703

RE:  United States of America v. Brad R. VOLKMANN
     Case Number: 15-CR-000129

Dear Judge Conley:

This letter is to inform the Court that Mr. Volkmann has reached a resolution regarding restitution that is agreeable to the victim, Spectrum Brands, and he is withdrawing his objection to the $125,000.00 being included in the restitution order. I have notified AUSA Stephen P. Sinnott and he does not object to this resolution. Therefore, the parties will not be filing briefs with the Court on this issue. Thank you for your consideration.

Dated at Brookfield, Wisconsin this 2nd day of December, 2015.

By:

s/JONATHAN A. LAVOY
Jonathan A. LaVoy Bar Number: 1027608
Attorney for Defendant
Kim & LaVoy, S.C.
2505 N. 124th Street, Suite 220
Brookfield, WI 53005
Telephone: (262) 796-1400
Fax: (262) 796-1470
email: jlavoy@kimandlavoy.com

MILWAUKEE . BROOKFIELD . WEST BEND

2505 N. 124th Street
Suite 220
Brookfield, WI 53005
262.796.1400
262.796.1470 FAX
www.kimandlavoy.com