

**U.S. Department of Justice**

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, WI 53703

December 22, 2015

Ms. Jessica M. Harris
U.S. Probation Officer
U.S. Probation-Pretrial Services Office
222 West Washington Avenue, Suite 340
Madison, WI 53703

      Re:    *United States v. Brad R. Volkmann*
              Case No. 15-CR-00129-001

Dear Ms. Harris:

      I have reviewed the presentence report prepared in this case. The United States has no objections to that report. The United States also has no objection to the conditions of supervision recommended by the probation officer.

      Very truly yours,

      JOHN W. VAUDREUIL
      United States Attorney

      By:      /s/

      STEPHEN P. SINNOTT
      First Assistant U.S. Attorney

SPS:llb