

January 5, 2016

Honorable William M. Conley
U.S. District Court- Western District of Wisconsin
120 N. Henry St.
Madison, WI 53703

RE:   United States of America v. Brad R. VOLKMANN
      Case Number: 15-CR-000129

Dear Judge Conley:

This letter is to inform the Court that the Defendant has no objection to the Pre-Sentence Report with regard to the above-referenced matter.

Should you have any questions or concerns, please do not hesitate to contact me. Thank you.

Dated at Brookfield, Wisconsin this 5th day of January, 2016.

By:

s/JONATHAN A. LAVOY
Jonathan A. LaVoy Bar Number: 1027608
Attorney for Defendant
Kim & LaVoy, S.C.
2505 N. 124th Street, Suite 220
Brookfield, WI 53005
Telephone: (262) 796-1400
Fax: (262) 796-1470
email: jlavoy@kimandlavoy.com

MILWAUKEE . BROOKFIELD . WEST BEND

2505 N. 124th Street
Suite 220
Brookfield, WI 53005
262.796.1400
262.796.1470 FAX
www.kimandlavoy.com