November 30, 2015

The Honorable William M. Conley
United States District Court
Western District of Wisconsin

Your Honor,

I am writing this letter on behalf of my husband, Brad Volkmann. We have known each other for 38 years, been married for 35 and one half years and have raised three beautiful children together. What first attracted me to Brad was his sense of humor and his kindness. His kindness and humor have continued to this very day. His un-wavering love for our kids and me is rare in this hectic world and is cherished by each of us. Through thick and thin, we have remained a team that values family above all.  His favorite thing in life is to spend time with all of us, whether it is at our home or one of the kids' homes. I love him more than words can say.

Brad has a kind soul and is an innately good person. He was always the patient one when our children weren't able to fall asleep and kept us up all night. He remained level headed and walked and sang to them until they fell asleep. Now he continues to show his love and patience to our adorable grandson, Benjamin. Benny in turns loves his grandpa and at 16 months, runs up to him reaching his arms up to be held. He does not do this to anyone else.

Brad is an extraordinary father. He coached all three of the kids' football, baseball and basketball teams. He went to Cub Scouts, dance recitals, Taekwondo or any other activity that our kids were interested in. He was the fun dad who played catch outside or ran 5Ks with the kids. All of our friends and neighbors would refer to our house as the "Kool-Aid house" because all the kids wanted to come over to play here. Even as my youngest son continued playing sports in college, his friends would come over to our house to "hang-out." Many of them have invited us to their weddings because of the close bond Brad established with them.

I can't count all of the sporting events we have attended over the years through snow, sleet, rain or extreme heat. This is because Brad would not have missed one single event of the kids if at all possible. He was an integral part in the planning of two of our kids' weddings and we continue to be blessed with a very close family.

Brad has been a loving, caring husband to me. He was there to support me through those early days of raising three small children and was by my side through illness as well as in joyful times. He was there to take over the home front when I lost my dad in 1990. He was there as we struggled through many sports related surgeries that my youngest son had to have. He was there when my oldest son was diagnosed with agammaglobulinemia and attended the countless doctor appointments that ensued. He has always supported my teaching for the last 22 years and has never once questioned taking on a 50/50 role in household chores and raising kids. In fact I would say he does more than his fair share since the outside chores lie solely on him. Recently he has helped me many a night as I struggle with back issues. He rubs my back each night when I can't sleep. In other words, Brad has always been there

for me and for our children. He is the husband and father that any woman would be lucky to have.

Brad knows the importance of community service and has chosen coaching youth football as a way to give back to the community he lives in. Countless children who are now grown up remember "Coach" and the life lessons he taught them under the guise of football. I can't tell you how many of his former players stop us in restaurants and grocery stores to share a funny story or memory of how he made a difference in their lives. He always went the extra mile by creating DVDs of the season for each player and by creating an opening banner for the kids to run through. Brad still finds this very rewarding and is proud of the young men they have become. He hopes to continue coaching youth football.

I know that Brad made a huge mistake and I also know how horrible he feels about this. He is having a difficult time forgiving himself and doesn't want his family to think any less of him. We all acknowledge that what he did was very wrong but that does not change our undying love for this good man. He has always provided for our family, both physically and emotionally. He has always been a hard worker who took any job that he had very seriously. He is disappointed in himself and feels great remorse. I often hear him weeping in the night. He is a God-fearing man of deep faith who continues to look to God to help him get past this horrible time in his life. I want him to learn to forgive himself and turn what he did around by volunteering in our community as well as making reparations. His family and I will stand proudly by his side, helping him every step of the way.

Friends, neighbors and family members would all tell you that Brad is a good, kind, compassionate, fun-loving man who they love and enjoy being around. He made a very big mistake but needs to be able to continue to provide for his family, give back to his community and be a constant source of strength to all of us.


With my deepest respect,

*Barbara A. Volkmann*

Barbara A. Volkmann

December 1, 2015

RE: United States of America v. Brad R Volkmann
Case Number: 15-CR-129

Honorable William M. Conley
United States District Court
Western District of Wisconsin

Your Honor,

I am writing to you on behalf of my father, Brad Volkmann. It is my great honor to be able to vouch for his character and support the man who has supported me since the day I was born. I am the person I am today because of my dad. He's encouraged me, been my biggest cheerleader, trusted advisor, and shown me nothing but unconditional love. While my dad has made some very serious mistakes, my greatest fear is that he'll never be able to forgive himself and it'll damage his soul beyond repair.

He is a man who truly lives for his kids, and now his grandson. He coached almost every sport my brothers and I played, was at almost every single game/recital/event we were ever in. He STILL is in the stands at the high school baseball games my brother coaches. He's always been there for us. And not just my brothers and I- he's touched the lives of literally hundreds of kids in our community. My dad coached the Lake Country Chiefs youth football league for 10+ years and donated THOUSANDS of hours of service to the community. He not only coached, but supported and mentored every player on his team. Everyone wanted to get on Coach Volkmann's team- not only for his fun personality, but for the traditions he made famous. Before every game, he'd wrap the 12x12' wooden banner he built in the garage with craft paper and decorated it with his team's names. While other teams just read their roster, my dad played a custom recorded cassette that read the kid's names off to 'Jock Jams' as they ran through the banner onto the field. It was a total blast and made every kid on the team feel like a star.

He's been married to my mom for 35 years and is the model for a successful marriage. Both my younger brother and I have been in long term relationships/marriages, because we've sought out in our own lives what my parents have. They are best friends and soul mates and I am almost more worried for my mom than I am for my dad if he has to serve time. She needs him so much. So does our dog, Millie. That man *loves* that dog, let me tell you.

Everyone who truly knows my dad knows what a dynamic, charming, fun person he is. He can light up any room he's in, bring a smile to anyone's face and connect with people in true, meaningful ways. Whether it is the waitress at a restaurant, his kid's lifelong friends, or a stranger on the street, my dad leaves an impression on people. Nothing gives me more joy than seeing how my 16 month old son goes running to my dad with open arms every time he sees him. Or how his face light up when he hears his voice on FaceTime. He doesn't do that with anyone else.

I could go on, but I think I've made my point. This is a man who's made the mistake of his lifetime. And he knows it. He is so deeply humiliated by his actions and afraid that his family will never be able to forgive him. We already have, but I know in my heart that he'll never forgive himself. The punishment he's sentenced himself to is so severe that I beg you consider this man's character as you look to serve him his sentence. This is not a cold hearted, remorseless man. This is a loving family man who's only wish in life is for the chance to be the example for his family on how to right your wrongs and face your fate. Let him have that chance, your honor.

Sincerely,

Katie Goldlust

December 12, 2015
RE: United States of America v. Brad R Volkmann
Case Number: 15-CR-129

Honorable William M. Conley
United States District Court
Western District of Wisconsin

Your Honor,

I am writing to you on behalf of my father, Brad Volkmann. I am able to speak highly of his character as a man, because my father has always been there to help teach me as a son, since the day I was born in 1983. My father has always been there for my siblings and I to help encourage, advise, coach and show us nothing but constant love and support. My father has made this mistake in his professional career, but he has never made any mistakes as a father to his children or as a husband to my mother.

One of my father's best characteristics is exemplified through the volunteer work he has done as a coach in the community. Since 1990, he has coached almost every sport my siblings and I played. My father always been there for us, as well as countless kids in the Lake Country area. My father coached in the Lake Country Chiefs Youth Football League from 1994-2006 and was the league president from 1998-2004. I helped him coach the 8th grade football team from 2004-2006 and I can personally attest to the thousands of volunteer hours of service he has donated to the Lake Country community. He enjoyed mentoring as well as coaching every one of the members of his team. Every one of my brother and my friends wanted to get on Coach Volkmann's football team. His passion for coaching was on display before every football game. From his team banners made before every game, to his specially made introduction music, every kid on the team felt special and knew that they were loved. Our friends still talk about those great traditions he created to help mold them as men to this day.

Anyone who knows or met my father can see what a charismatic and fun loving person he is. He can bring out the best in people by making every room he enters come alive; creating a cheerful impression through his incredible sense of humor. My father has always left a positive impression on any person whether known or unknown. Nothing gives my father more joy than seeing how his grandson is growing up so fast. They have an incredible bond as shown by Ben's immediate preference for grandpa any time they are together. It's fun to see how my nephew's face lights up when he hears his voice on Face Time, followed immediately by a kiss to the phone. It is priceless.

My father has been married to my mom for 35 years and they have an incredible marriage. They are best friends, soul mates and need each other in their lives every day. And let's not forget their 7 month old family dog. Millie gets to live each day to the fullest because of my father's love toward her.

My father is a man who knows that he made a mistake in his professional career. He is deeply remorseful for his actions and is afraid that his family will never be able to forgive him. We as a family already have, but I know that he will never forgive himself. I ask you to consider this man's character and family values as you serve him his sentence. My mother needs him to be there with her to continue to support her and provide her with companionship. His incarceration would have a very large negative impact on her. My father is NOT a cold hearted criminal. He is a loving family man. Give him the chance to teach his family the importance of being accountable for the bad choices you make and then to make them right. Give him the chance to teach his family to face your mistakes head on no matter the humiliation you must suffer. Please give my father a second chance to right his wrongs. Your honor, let Brad Volkmann have that chance.

Sincerely,

Matthew B. Volkmann

December 1, 2015

RE: United States of America v. Brad R Volkmann
Case Number: 15-CR-129

Honorable William M. Conley
United States District Court
Western District of Wisconsin

Your Honor,

I have known Brad Volkmann for the last ten years. Even though I am his son in law, he treats me like one of his own sons. His family is everything to him and I am honored that he has accepted me into his. When the day comes for me to meet my future daughter's boyfriend, I hope I can carry myself with half as much character, charm, and openness as he showed me.

There is nothing in the world more important to Brad than his family. He puts their wellbeing and happiness before his own. One of his favorite things is the holiday season because he loves having everybody home, under one roof for a few days. My wife and I had the joy of making Brad a grandfather last year. Seeing him play with and teach our son, Ben, is truly a gift. The way Brad's eyes light up when he sees little Ben coming running towards him is all you need to know about the kind of man he is. The pure joy that little boy brings him is like nothing I have ever seen. I am so glad Ben gets to grow up with a grandfather like Brad. I wish more people could be so fortunate to have a grandfather like him in their lives, but we get him all to ourselves.

I am blessed to not only know Brad as a friend, but a father in law and mentor. He has treated me like one of his own and without hesitation, has been there for me in times of need. I hope that I can return the favor, even if in a small way, for him.

Sincerely,

Matthew Goldlust

January 14, 2016

The Honorable William M. Conley
United States District Court
Western District of Wisconsin

Your Honor,

I am writing in reference to Brad Volkmann, who is appearing before your court due to one count of wire fraud. I feel strongly about Brad Volkmann, and about his future, and I want to explain Brad's character as I know it.

Brad Volkmann is a person of good moral character. I have known Brad for almost ten years. I work with his wife, and we are both teachers. Our families have been friends during this time, and we have shared many special occasions together. This charge against him is completely uncharacteristic of the person who I have known and admired.

I have always known Brad to be a person who gives of himself. He is an extremely dedicated person and his profession has always been his passion. When I think of Brad, these character traits come to mind: honest, hard-working, passionate, loving, supportive and giving. His character and integrity are evident in other areas as well: whether it be in his many past volunteer positions with youth sports, his commitment to his friends, and above all, his commitment to his family. He is a wonderful provider for his family and friends, and he is devoted to both. He has always been the person who puts others' needs above his own.

I know that Brad is completely remorseful and regretful for his past actions resulting in this count against him. He is looking forward to moving on with his life, and correcting his wrongs.

Please do not hesitate to contact me should you need any further information.

Sincerely,

Susan K. Martz