

February 4, 2016

Honorable William M. Conley
U.S. District Court- Western District of Wisconsin
120 N. Henry St.
Madison, WI 53703

**RE:     United States of America v. Brad R. VOLKMANN**
        **Case Number: 15-CR-000129**

Dear Judge Conley:

This letter is to respectfully request that the Court adjourn Mr. Volkmann's Sentencing Hearing
currently scheduled for Friday, February 5, 2016, at 1:30 p.m.  I began what I expected to be a
three day jury trial on Monday, February 1, 2016.  Based on evidentiary issues, the trial is now
likely to last until Friday or beyond depending on jury deliberations.

I have conferred with AUSA Stephen P. Sinnott and he does not object to this request.  If the
Court grants this request, AUSA Sinnott and I would both be available at 3:00 p.m. on Thursday,
February 18, 2016, or anytime on Friday, February 19, 2016.  Thank you for your consideration
and I look forward to your response.


        Dated at Brookfield, Wisconsin this 4th day of February, 2016.



                By:


                        s/JONATHAN A. LAVOY
                        Jonathan A. LaVoy Bar Number: 1027608
                        Attorney for Defendant
                        Kim & LaVoy, S.C.
                        2505 N. 124th Street, Suite 220
                        Brookfield, WI 53005
                        Telephone: (262) 796-1400
                        Fax: (262) 796-1470
                        email: jlavoy@kimandlavoy.com

2505 N. 124th Street
Suite 220
Brookfield, WI 53005
262.796.1400
262.796.1470 FAX
www.kimandlavoy.com