# COURTROOM MINUTES
# SENTENCING / JUDICIAL REVIEW

DATE: 2/18/2016   DAY: Thursday   START TIME: 3:06 PM   END TIME: 3:53 PM
JUDGE/MAG.: W. Conley   CLERK: K. Frederickson   REPORTER: C. Seeman
PROBATION OFFICER: J. Harris   INTERPRETER: _____   SWORN: _____
CASE NUMBER: 15-cr-129-wmc   CASE NAME: USA v. Brad R. Volkmann

**APPEARANCES:**
AUSA: Steve Sinnott   DEFENDANT ATTY.: Jonathan LaVoy

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
   TOTAL OFFENSE LEVEL: 18   CRIMINAL HISTORY CATEGORY: I
   ADVISORY GUIDELINE IMPRISONMENT RANGE: 27 to 33 MONTHS.

**SENTENCE:**
COUNT(S) 1 :  ☐ INDICTMENT  ☒ INFORMATION
CBOP CT. 1 ; 18 MOS.; 2 YRS. S/R; $ 100 CA; $ 375,000* REST.; $ _____ FINE.
     CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ ___ REST.; $ ___ FINE.
   ☒ VOLUNTARY SURRENDER: 3/18/2016 between 10:00 AM and 2:00 PM ;
   ☒ RELEASE CONDITIONS CONTINUED.
   ☐ DETAINED.

**ACTIONS:**
   ☒ PLEA AGREEMENT ACCEPTED
   ☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
   ☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
   ☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
   ☐ REVOKED

**NOTES:**
Defendant's (dkt. #19) Motion to Seal (dkt. #18) Sentencing Memorandum is GRANTED

*Defendant has already made a restitution payment in the amount of $250,000

TOTAL COURT TIME: 47 min.