AO 82
(Rev. 4/78)

**TRIPLICATE**
**RECEIPT FOR PAYMENT**

**UNITED STATES DISTRICT COURT**
for the
**WESTERN DISTRICT OF WISCONSIN**

4210

at _____

RECEIVED FROM

*Brad Ray Volkmann*
*USA # 497561507*
*Exp. 8/22/2022*

| Account Code | | | ACCOUNT | AMOUNT | |
|---|---|---|---|---|---|
| 100 | **DEPOSIT FUND** | | | | |
| 101 | Trustee Fees | | | | |
| 102 | Restitution | | | | |
| 200 | **REGISTRY FUND** | | | | |
| 201 | Cash Bail | | | | |
| 202 | Land Condemnation | | **TOTAL** | | |
| | **GENERAL AND SPECIAL FUND** | | | | |
| 310 | Immigration Fees | | | | |
| 320 | Attorney Admission Fee | | Case Number or Other Reference | | |
| 330 | Filing Fees | | | | |
| 331 | Civil Cases | | *15 - CR - 129* | | |
| 332 | Writ of Habeas Corpus | | | | |
| 333 | Appeals | | | | |
| 334 | Bankruptcy Cases (Clerk's Fee) | | | | |
| 340 | Sale of Publications | | | | |
| 350 | Copy Fees | | | | |
| 360 | Miscellaneous Fees | | | | |
| 380 | Recoveries of Costs | | | | |
| 390 | Bankruptcy Filing Fees and Special Charges | | | | |
| | **FINES, PENALTIES AND FORFEITURES** | | | | |
| 410 | Agricultural Laws | | | | |
| 420 | Economic and Stabilization Laws | | | | |
| 430 | Immigration and Labor Laws | | | | |
| 440 | Customs, Commerce and Anti-Trust Laws | | | | |
| 450 | Narcotics, Prohibition and Alcohol Laws | | | | |
| 460 | Forfeitures of Unclaimed Money and Property | | | | |
| 470 | Mining Enforcement and Safety Administration | | | | |
| 480 | Internal Revenue Service (Criminal Fines) | | | | |
| 490 | Collateral Forfeitures (CVB) | | | | |
| 500 | Appearance Bond Forfeitures and Other Fines, Penalties or Forfeitures Not Otherwise Classified | | | | |

| DATE 2 / 18 / 2016 | Cash | Check | M.O. | DEPUTY CLERK  *ARW* |
|---|---|---|---|---|